IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R. Kevin Rodriguez, Jonathan Rosenoer, Bill Ellmore, Michael Butera, Alanna Robinson-Bailey, Kevin Monagle, Darin Cross, Darrell Goff, Deborah Young, Vidya Sagar, Piyush Gupta, Cathy Carney, Patrick O'Boyle III, Kam Rezvani, Ron Howell, Jason Proctor, Jonathan Urban, Hershel Bagley,<br><br>        Plaintiffs<br><br>  v.<br><br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br><br>        Defendant. | No. 7:21-CV-09928 |

**Plaintiffs' Notice of Voluntary Dismissal of Plaintiff Hershel Bagley**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hershel Bagley hereby voluntarily dismisses all his claims in this action without prejudice. This voluntary dismissal does not apply to any of the other Plaintiffs.

Date: June 15, 2023                                Respectfully submitted,

1

*/s/   Ashleigh A. Musser*

Steven M. Tindall
Dylan S. Hughes
Ashleigh A. Musser
Gibbs Law Group LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: (510) 350-9700
E-mail: smt@classlawgroup.com
E-mail: dsh@classlawgroup.com
E-mail: aam@classlawgroup.com


David G. Webbert
Johnson & Webbert, LLP
160 Capitol Street,
P.O. Box 79
Augusta, Maine 04332
Tel: (207) 623-5110
Email: dwebbert@work.law


Michael Eisenkraft
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Email: meisenkraft@cohenmilstein.com

Joseph M. Sellers
Brian Corman
Cohen Milstein Sellers & Toll P.L.L.C.
1100 New York Avenue, N.W. Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Email: jsellers@cohenmilstein.com
Email: bcorman@cohenmilstein.com

*Attorneys for Plaintiff*