UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| R. KEVIN RODRIGUEZ, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 7:21-cv-09928 (VLB) |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) |
| Defendant. | ) ) ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/24

### ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PROPER PARTY

Pending before the Court is Plaintiffs' Unopposed Motion for Substitution of Proper Party. After reviewing the Motion and Memorandum of Law, and the Suggestion of Death on the Record of Plaintiff Deborah Lee Young, the Court hereby grants the Motion for Substitution of Douglas L. Young as a proper party in place of Deborah Lee Young.

IT IS SO ORDERED

Signed this 8 of _____August_____, 2024.

_____
Vincent L. Briccetti
UNITED STATES DISTRICT JUDGE