# *Johnson & Webbert,* LLP   *Attorneys & Counselors at Law*

1 Bowdoin Mill Island, Ste. 300   Phone: 207-623-5110
Topsham, ME 04086   Fax: 207-622-4160
www.johnsonwebbert.com   dwebbert@work.law

November 4, 2024

*By ECF*
The Honorable Vincent L. Briccetti
United States District Court Judge for the
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

      Re: *Rodriguez et al. v. International Business Machines Corp.*, (7:21-CV-09928)
         **Joint Status Report on Tentative Settlement**

Dear Judge Briccetti:

  Counsel for the 16 individual Plaintiffs and for Defendant IBM ("Parties") submit this joint letter to update the Court regarding settlement discussions, request that the Court vacate all deadlines set in the Parties' Civil Case Discovery Plan and Scheduling Order, and stay all proceedings until the Court orders otherwise.

  This morning the Parties reached a settlement in principle that would result in the dismissal of the case with prejudice. This tentative settlement remains subject to the Parties' agreement on non-monetary terms and conditions and on the execution of written settlement agreements.

  Given the tentative settlement, the Parties ask the Court to vacate all pending deadlines and to stay the proceedings until the Court orders otherwise. If granted, the Parties will submit a status report on Friday,

*The Honorable Vincent L. Briccetti*
*November 4, 2024*
*Page 2*

January 3, 2025, to advise the Court regarding the status of settlement, if the case has not already been voluntarily dismissed by that date.

The Parties made two previous requests to extend the deadlines in the Civil Case Discovery Plan and Scheduling Order so that the Parties could have additional time to discuss settlement after the mediation on August 29, 2024. The Parties also previously made one additional request to extend the first two deadlines in the chart to accommodate the mediator's schedule, for a total of three requests for these two deadlines. All prior requests regarding these deadlines were granted. This is the Parties' first request to vacate all deadlines and to stay the proceedings until Your Honor orders otherwise.

If this request meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew W. Lampe* | */s/ David G. Webbert* |
| Matthew W. Lampe | David G. Webbert |
| Attorney for Defendant | Attorney for Plaintiffs |

cc: Matthew W. Lampe; Kristina A. Yost; Erika D. Cagney
     Attorneys for Defendant

IT IS SO ORDERED.

DATE: _____   _____
                                                             Hon. Vincent L. Briccetti
                                                             United States District Court Judge