# Johnson & Webbert, LLP   Attorneys & Counselors at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-2025

1 Bowdoin Mill Island, Ste. 300   Phone: 207-623-5110
Topsham, ME 04086                 Fax: 207-622-4160
www.johnsonwebbert.com            dwebbert@work.law

January 3, 2025

*By 2/28/25, the parties shall submit either a stipulation of dismissal or a further status report. So ordered:*

*W____ USDJ*
*1/6/2025*

By ECF
The Honorable Vincent L. Briccetti
United States District Court Judge for the
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

    Re:    *Rodriguez et al. v. International Business Machines Corp.* (7:21-CV-09928)
            **Joint Status Report on Settlement**

Dear Judge Briccetti:

    Counsel for the 16 individual Plaintiffs and for Defendant IBM submit this joint letter to update the Court regarding their progress on completing settlement.

    On November 5, 2024, the Court ordered all deadlines stayed while the parties worked to complete their tentative settlement that would result in the dismissal of this case with prejudice and with no award of attorney's fees or costs. Since that Order, the parties have reached full agreement on all monetary and non-monetary terms and conditions and all 16 Plaintiffs have executed written settlement agreements.

    Under the terms of the settlement, we expect Plaintiffs will file a stipulation of dismissal by about February 17, 2025. The Parties propose that the Court order them to submit a status report on Friday, February 28,

*The Honorable Vincent L. Briccetti*
*January 3, 2025*
*Page 2*

2025, to advise the Court regarding the status of settlement, if the case has not already been voluntarily dismissed by that date.

    If this proposed schedule meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

*/s/ Matthew W. Lampe*
Matthew W. Lampe
Attorney for Defendant

*/s/ David G. Webbert*
David G. Webbert
Attorney for Plaintiffs

cc:  Matthew W. Lampe
     Kristina A. Yost
     Erika D. Cagney

     Attorneys for Defendant

IT IS SO ORDERED.

DATE: _____  _____
                                Hon. Vincent L. Briccetti
                                United States District Court Judge